IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>CARLOS RAFAEL KELLY CHALAS<br><br><br><br>DEBTOR(S) | CASE NO. 14-02151-EAG<br><br><br>CHAPTER 13 |

NOTICE OF WITHDRAWAL
OBJECTION TO EXEMPTIONS
DOCKET (47)

**TO THE HONORABLE COURT:**

Comes now Alejandro Oliveras Rivera, Chapter 13 Trustee and very respectfully states and prays:

1. In the present case, the Trustee filed a/an Objection to exemptions (docket#47) on 09/21/2015.

2. Trustee hereby withdraws the above mentioned document.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to the U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid to debtor(s) at the address of record.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico this, 3/29/2016.

/s/ ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA
STANDING CHAPTER 13 TRUSTEE
PO BOX 9024062
SAN JUAN PR 00902-4062
TEL. (787)977-3500 FAX (787)977-3521
LEGAL-MS

| 14-02151-EAG | CERTIFICATE OF MAILING |
|---|---|

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

MIRIAM S LOZADA RAMIREZ*
PASEO LOS ROBLES
3020 JOSE MONGE
MAYAGUEZ, PR  00682

CARLOS RAFAEL KELLY CHALAS
PO BOX 6149
MARINA STATION
MAYAGUEZ, PR  00681

DATED:  3/29/2016

/s/ Hector Perez
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 1     - CASE NO 14-02151-EAG